**P.A.C.T. and James McKenna, Appellants,**

v.

**Rudy NAIL, Defendant.**

No. 63716.

Missouri Court of Appeals, Eastern District, Division Four.

Nov. 23, 1993.

John J. McMullin, Dan M. Czamanske, Brown & James, P.C., St. Louis, for appellants.

Craig A. Smith, Suelthaus & Kaplan, P.C., St. Louis, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

ORDER

Plaintiffs appeal the trial court's dismissal of plaintiffs' claims for money owed by defendant.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the court is affirmed in accordance with Rule 84.16(b).

**Derrick HUTCHINSON, Defendant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

No. 63585.

Missouri Court of Appeals, Eastern District, Division One.

Nov. 23, 1993.

John Klosterman, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant appeals from the denial of his Rule 29.15 motion after an evidentiary hearing. We affirm. We have reviewed the record and find the claims of error are without merit; the judgment of the motion court is based on findings of fact that are not clearly erroneous. An opinion would have no precedential value nor serve any jurisprudential purpose. Rule 84.16(b).